UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE HARRIS,<br><br>  Plaintiff,<br><br>  v.<br><br>SOLANO COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>  Defendants. | No. 2:21-cv-0688 AC P<br><br>ORDER |

Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2021, plaintiff was directed to pay the filing fee or to submit an application to proceed in forma pauperis. ECF No. 3. One day later, an in forma pauperis application plaintiff sent to the court was docketed. See ECF No. 4. However, the application does not contain a certified copy of plaintiff's inmate trust account statement for the six-month period immediately preceding the filing of the complaint. See generally id.

The trust account statement is required by law. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided a second opportunity to submit the completed application and the

////

1

certified copy of his inmate trust account statement in support of his application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send plaintiff a copy of this district's Application to Proceed In Forma Pauperis By A Prisoner form, and

2. Within thirty days of the date of this order, plaintiff shall submit the in forma pauperis application along with a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint, and the certification required on the application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 19, 2021.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE