1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GEORGE HARRIS,                              No.  2:21-cv-0688 AC P

12                  Plaintiff,

13         v.                                     ORDER FOR PAYMENT OF INMATE
                                                  FILING FEE
14    SOLANO COUNTY SHERIFF'S
      DEPARTMENT, et al.,
15
                  Defendants.
16

17

18    To:  The Sheriff of Solano County, Attention:  Inmate Trust Account, 500 Union Avenue,

19    Fairfield, California, 94533:

20         Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the

21    statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of 20

22    percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

23    average monthly balance in plaintiff's account for the 6-month period immediately preceding the

24    filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial filing fee,

25    plaintiff will be obligated to make monthly payments in the amount of twenty percent of the

26    preceding month's income credited to plaintiff's trust account.  The Solano County Sheriff is

27    required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from

28    /////

                                                    1

1  plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the

2  statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

3        Good cause appearing therefore, IT IS HEREBY ORDERED that:

4        1.  The Sheriff of Solano County or a designee shall collect from plaintiff's inmate trust

5  account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as

6  set forth in this order and shall forward the amount to the Clerk of the Court.  The payment shall

7  be clearly identified by the name and number assigned to this action.

8        2.  Thereafter, the Sheriff of Solano County or a designee shall collect from plaintiff's

9  inmate trust account monthly payments in an amount equal to twenty percent (20%) of the

10  preceding month's income credited to the inmate's trust account and forward payments to the

11  Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

12  U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The

13  payments shall be clearly identified by the name and number assigned to this action.

14        3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's

15  signed in forma pauperis affidavit on the Sheriff of Solano County, Attention:  Inmate Trust

16  Account, 500 Union Avenue, Fairfield, California, 94533.

17        4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

18  Department of the court.

19  DATED: November 3, 2022

20  _____

21  ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2