1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GEORGE HARRIS,                          No.  2:21-cv-0688 AC P

12                 Plaintiff,

13        v.                                 ORDER AND FINDINGS AND
                                             RECOMMENDATIONS
14   SOLANO COUNTY SHERIFF'S
     DEPARTMENT, et al.,
15
                   Defendants.
16

17

18        On January 23, 2023, plaintiff was ordered to file a first amended complaint and to do so

19   within thirty days.  ECF No. 13.  This was the second time that the court had ordered plaintiff to

20   do so.  See ECF No. 9 at 2 (order issued 11/4/22).  More than thirty days have passed, and

21   plaintiff has not filed an amended complaint, nor has he responded to the court's order in any

22   way.

23        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign a

24   District Judge to this matter.

25        IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice.

26   See Local Rule 110; Fed. R. Civ. P. 41(b).

27        These findings and recommendations are submitted to the United States District Judge

28   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: March 8, 2023

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE